```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JOANN SWANSON (SBN 88143)
    Chief, Civil Division
 3  ABRAHAM A. SIMMONS (SBN 146400)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue,10th Floor
 5      San Francisco, California 94102-3495
        Telephone:   (415) 436-7264
 6      Facsimile:   (415) 436-6748
        Email:       abraham.simmons@usdoj.gov
 7
    Attorneys for Federal Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NAOMI WALTON, | ) | No. C 03-1460 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | **E-FILING CASE** |
| v. | ) | |
| | ) | |
| UNITED STATES MARSHALS SERVICE, | ) | **STIPULATION AND** |
| et al. | ) | **[PROPOSED] SCHEDULING ORDER** |
| | ) | |
| Defendants. | ) | |

    Plaintiff Naomi Walton and Federal Defendants (United States Marshal Service, Marc Farmer, United States Department of Health and Human Services and Alberto Gonzalez), by and through their respective attorneys, hereby stipulate that Federal Defendants shall have until and through October 18, 2005, to file an opposition to plaintiff's Motion to Alter Judgment. The parties further agree and stipulate that plaintiff shall have until and through October 25, 2005 to file a reply.

    Good cause for this stipulation exists on the ground that counsel for the defendant has recently completed a trial in the matter of *Siam v. Potter*, 04-0129 MHP and on the further ground that defendant's counsel also is scheduled to be out of the country on Friday, October 14,

1 | 2005.
2 | **SO STIPULATED.**
3 | Respectfully submitted,
4 | KEVIN V. RYAN
5 | United States Attorney

Dated: October 13, 2005

/s/
ABRAHAM A. SIMMONS
Assistant United States Attorney

EDITH J. BENAY
Law Office of Edith J. Benay

Dated: October 13, 2005

/s/
EDITH BENAY
Attorney for Plaintiff

**IT IS SO ORDERED.**

Date: _____

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Susan Illston]

Stipulation and [Proposed] Order
C 03-1460 SI

2